# United States Bankruptcy Court, District of Rhode Island

## Proceeding Memorandum / Order of Court

In Re: **KQA 3217, LLC**                                    Case Number: **1:19-bk-10101**   Ch: **11**

**MOVANT/APPLICANT/PARTIES:**

Motion of Northborough Capital Partners LLC for Expedited Determination of Motion to Dismiss Case and For In Rem Relief From Stay ("Motion," Doc. #8)

**OUTCOME:**

__ Granted      __ Denied      __ Approved      __ Sustained

__ Moot         __ Denied without prejudice      __ Withdrawn in open court      __ Overruled

__ OSC Enforced / Released

__ Continued to: _____  For: _____

__ Formal order / stipulation to be submitted by: _____  Date due: _____

__ Findings and conclusions dictated at the close of hearing incorporated by reference

_____ Taken under advisement: Brief(s) due: _____  From: _____

                                Response due: _____  From: _____

__ Fee(s) allowed in the amount of: $ _____  Expenses of: $ _____

__ No appearance / response by: _____

__X__ DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

1. Expedited consideration of the Motion is granted. A hearing on the Motion to dismiss the case and for in rem relief from the automatic stay will be held at 10:00 a.m. on February 6, 2019.

2. Any objections to the Motion must be filed with the Court by 4:00 p.m. on February 5, 2019, and if filed by or on behalf of the Debtor, such objection must be filed by a licensed attorney or it will not be considered by the Court. If no obections to the Motion are properly filed the hearing will be canceled and the Motion will be granted.

3. By January 30, 2019, Movant shall serve the motion and a copy of this order on the Debtor and its registered agent by overnight mail and file a certificate of service evidencing compliance.

IT IS SO ORDERED:

_/s/ Diane Finkle_____    Dated: 1/29/19

Diane Finkle, U.S. Bankruptcy Judge