**UNITED STATES BANKRUPTCY COURT**
DISTRICT OF RHODE ISLAND

In re:  KQA 3217, LLC,  BK No. 19-10101
Debtor  Chapter 11

# ORDER GRANTING MOTION
# FOR IN REM RELIEF FROM STAY

After hearing held on February 6, 2019 on the Motion for *In Rem* Relief from the Automatic Stay (Doc. #8) filed by Northborough Capital Partners LLC ("Lender"), no objections having been filed, and for cause shown and for the reasons stated on the record, it is hereby ordered that:

1. Pursuant to Bankruptcy Code § 362(d)(4)(B), the Lender is hereby granted *in rem* relief from the automatic stay in order to exercise its rights under its mortgage and other loan documents and applicable law with respect to the real property located at 98 Touro Street, Providence, Rhode Island (the "Property").

2. As provided in § 362(d)(4), this order shall be binding in any other case filed under Title 11 of the United States Code purporting to affect the Property where such a case is filed not later than two years after the date of the entry of this order, subject to such other terms of § 362(d)(4), and the City of Providence, Recorder of Deeds and any other governmental unit that accepts notices of interests or liens in real property shall accept a certified copy of this Order for indexing and recording.

3. The 14-day stay imposed under Fed. R. Bankr. R. 4001(a)(3) is hereby waived.

Date:  February 6, 2019            By the Court,

_____
Diane Finkle
U.S. Bankruptcy Judge